**Appeal Ordered Withdrawn and Opinion issued January 31, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-00065-CR

**JOSE ALFREDO RODRIGUEZ, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the 195th District Court
Dallas County, Texas
Trial Court Cause No. F98-49846-VN

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-00065-CR    Date Filed: 01/12/1999

Style: Rodriguez, Jose Alfredo
v.
The State of Texas

Trial Judge:          Nelms, John
Trial Court Reporter:
Trial Court:          195TH DISTRICT COURT  Trial County:  DALLAS

---

APP   Mr. Bennie Ralph Juarez
      ATT 011040000
      5959 E Northwest Hwy Apt 3060
      Dallas, Tx 75231-7450
      Phone 214/741-7562
      Fax  /  -


STA   William T. (Bill) Hill, Jr.
      ATT 009669000
      ATTN:  APPELLATE SECTION
      Frank Crowley Courts Bldg., 10th FL
      133 N. Industrial Blvd. LB 19
      Dallas, TX 75207
      Phone 214/653-3845
      Fax